

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00687-CV

Rudy **NEIRA**,
Appellant

v.

Sheryl **SCULLY** and Richard Hovenden,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05034
John D. Gabriel Jr., Judge Presiding

# O R D E R

Appellant seeks to appeal a summary judgment order signed on September 14, 2104. It appears from the clerk's record that the summary judgment is interlocutory because it does not dispose of the pending claims against defendant Richard Hovenden, and no severance order appears in the record. A summary judgment that does not dispose of all parties and causes of action is not final and appealable. *See City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001). It is therefore ORDERED that appellant show cause in writing **within fifteen (15) days** from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

Further, the document titled "Appellant's Notice of Appeal and Brief" filed on October 1, 2014 is construed solely as appellant's notice of appeal. Any briefing was premature at that time because the clerk's record had not been filed. TEX. R. APP. P. 38.6(a). Accordingly, the appellee's motion for extension of time to file the appellee's brief is MOOT.

The clerk's record was filed on October 30, 2014 and there is no reporter's record; therefore, the appellant's brief is currently due on December 1, 2014. However, it is ORDERED that the briefing schedule shall be SUSPENDED pending our determination of whether we have jurisdiction over this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.



Keith E. Hottle
Clerk of Court